

Print Form

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

THE CHEREKOE NATION **Plaintiff,**

BUMBLE BEE FOODS LLC; DONGWON INDUSTRIES CO., LTD; STARKIST CO.; DEL MONTE CORPORATION; THAI UNION GROUP PUBLIC COMPANY LIMITED; and TRI-UNION SEAFOODS LLC d/b/a CHICKEN OF THE SEA INTERNATIONAL

v.

**Defendant.**

Civil No. 17cv2332 JLS MDD

## PRO HAC VICE APPLICATION

THE CHEROKEE NATION
Party Represented

I, __Robert F. Ruyak__ (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: RuyakCherian LLP
Street address: 1700 K Street NW, Suite 810
City, State, ZIP: Washington, DC 20006
Phone number: (202) 838-1561
Email: robertr@ruyakcherian.com

That on __Dec 19, 1974__ I was admitted to practice before __Pennsylvania__
(Date) (Name of Court)

and am currently in good standing and eligible to practice in said court,
that I am not currently suspended or disbarred in any other court, and
that I ☒ have) ☐ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

(If previous application made, complete the following)

Title of case __Carucel Investments, L.P. v. Novatel Wireless, Inc. et al__
Case Number __3:16-cv-00188-H-KSC__    Date of Application __Jan 5, 2017__
Application: ☒ Granted   ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Don Livornese (Name)    (310) 586-7689 (Telephone)

RuyakCherian LLP
(Firm)

222 N. Sepulveda Blvd., Suite 2000 (Street)   El Segundo (City)   90245 (Zip code)

(Signature of Applicant)

I hereby consent to the above designation.

(Signature of Designee Attorney)